UNITED STATES DISTRICT COURT

_____EASTERN_____ **District of** _____CALIFORNIA_____

| | |
|---|---|
| SYLVIA SALDIVAR,<br>            Plaintiff<br><br>                    V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>            Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br>CASE     1:11-AT-00809 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X    GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐    DENIED, for the following reasons:

_____

_____


ENTER this    __21ˢᵗ__    day of    _____December_____ , __2011__ .


                                                          /s/ Barbara A. McAuliffe
                                                Signature of Judicial Officer

                                BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
                                            Name and Title of Judicial Officer