Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Sylvia Saldivar,<br>  Plaintiff,<br><br>v.<br><br>Commissioner of Social Security<br>  Defendant. | CASE NO.1:11-cv-02107-LJO-DLB<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME TO SUBMIT<br>PLAINTIFF'S CONFIDENTIAL BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief. The extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. The current due date for Plaintiff's Confidential Brief is June 6, 2012. The new due date will be July 6, 2012.  The scheduling order should be modified accordingly.

Dated: June 6, 2012              /s/ Sengthiene Bosavanh

                                 SENGTHIENE BOSAVANH, ESQ.
                                 Attorney for Plaintiff

Dated: June 6, 2012              BENJAMIN B. WAGNER
                                 United States Attorney


                                 By: /s/Patrick W. Snyder
                                 (as authorized via e-mail)
                                 PATRICK W SNYDER
                                 Special Assistant United States Attorney

IT IS SO ORDERED.

**Dated:   June 8, 2012**              **/s/ Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE