Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| Sylvia Saldivar, | ) | CASE NO.1:11-cv-02107-LJO-DLB |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND ORDER |
| Commissioner of Social Security | ) | FOR EXTENSION OF TIME TO SUBMIT |
|    Defendant. | ) | PLAINTIFF'S CONFIDENTIAL BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a 30-day extension of time to submit a confidential brief. The extension is requested due to Plaintiff's attorney's workload demands, staff changes and court hearings. The current due date for Plaintiff's Confidential Brief is July 6, 2012. The new due date will be August 6, 2012. The scheduling order should be modified accordingly.

Dated: July 6, 2012            /s/ Sengthiene Bosavanh

                               SENGTHIENE BOSAVANH, ESQ.
                               Attorney for Plaintiff

Dated: July 6, 2012            BENJAMIN B. WAGNER
                               United States Attorney


                               By: /s/Patrick W. Snyder
                               (as authorized via e-mail)
                               PATRICK W SNYDER
                               Special Assistant United States Attorney

IT IS SO ORDERED.

   Dated:   **July 9, 2012**            **/s/ Dennis L. Beck**
                               UNITED STATES MAGISTRATE JUDGE