1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   PATRICK WILLIAM SNYDER, CSBN 260690
4  Special Assistant United States Attorney

5     160 Spear Street, Suite 800
      San Francisco, California 94105
6     Telephone:  (415) 977-8927
      Facsimile:  (415) 744-0134
7     E-Mail: Patrick.Snyder@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10           EASTERN DISTRICT OF CALIFORNIA

11

12  SYLVIA SALDIVAR,                    )
                                        )      CIVIL NO. 1:11-cv-02107-LJO-DLB
13       Plaintiff,                     )
                                        )
14       v.                             )      **STIPULATION FOR EXTENSION OF**
                                        )      **TIME AND ORDER**
15  MICHAEL J. ASTRUE,                  )
    Commissioner of                     )
16  Social Security,                    )
                                        )
17       Defendant.                     )
                                        )
18  _____)

19

20       The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21  attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's

22  Motion for Summary Judgment up to and including December 5, 2012.  The response is currently due

23  November 5, 2012.  This extension is being sought because of workload issues, including the

24  unavoidable transfer of assignments, a high volume of other disability matters in federal district court,

25  federal employment matters, and a Ninth Circuit appellate brief.  This is the Commissioner's first

26  extension request.

27       The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1

2                                         Respectfully submitted,

3

Dated: November 2, 2012                   */s/ Sengthiene Bosavanh*
4                                         SENGTHIENE BOSAVANH
                                          (as authorized via email on November 2, 2012)
5                                         Attorney at Law
                                          Attorney for Plaintiff
6

7  Dated: November 2, 2012                BENJAMIN B. WAGNER
                                          United States Attorney
8                                         DONNA L. CALVERT
                                          Acting Regional Chief Counsel, Region IX
9                                         Social Security Administration

10
                                   By:    */s/ Patrick William Snyder*
11
                                          _____
12                                        PATRICK WILLIAM SNYDER
                                          Special Assistant U.S. Attorney
13                                        Attorneys for Defendant

14        IT IS SO ORDERED.

15     **Dated:   November 2, 2012**          _____/s/ **Dennis L. Beck**_____
                                          UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27