BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8927
   Facsimile: (415) 744-0134
   E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA SALDIVAR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>Defendant. )<br>_____ ) | CIVIL NO. 1:11-cv-02107-LJO-DLB<br><br>**STIPULATION FOR EXTENSION OF TIME AND ORDER** |

     The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including December 5, 2012.  The response is currently due November 5, 2012.  This extension is being sought because of workload issues, including the unavoidable transfer of assignments, a high volume of other disability matters in federal district court, federal employment matters, and a Ninth Circuit appellate brief.  This is the Commissioner's first extension request.

     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 2, 2012                     */s/ Sengthiene Bosavanh*
                                            SENGTHIENE BOSAVANH
                                            (as authorized via email on November 2, 2012)
                                            Attorney at Law
                                            Attorney for Plaintiff


Dated: November 2, 2012                     BENJAMIN B. WAGNER
                                            United States Attorney
                                            DONNA L. CALVERT
                                            Acting Regional Chief Counsel, Region IX
                                            Social Security Administration

                                    By:     */s/ Patrick William Snyder*

                                            _____
                                            PATRICK WILLIAM SNYDER
                                            Special Assistant U.S. Attorney
                                            Attorneys for Defendant

IT IS SO ORDERED.

**Dated:   November 2, 2012**                    **/s/ Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE