Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
(209) 576-0817
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| Sylvia Saldivar, Plaintiff, v. Commissioner of Social Security Defendant. | CASE NO. 1:11-cv-02107-LJO-DLB<br><br>STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF'S REPLY BRIEF |
|---|---|

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a 6-day extension of time to file a reply brief. This extension is requested due to Plaintiff's attorney's workload demands. The current due date for Plaintiff's Reply Brief is December 20, 2012. The new due date will be December 26, 2012. The scheduling order should be modified accordingly.

Dated: December 19, 2012        /s/ Sengthiene Bosavanh
                                SENGTHIENE BOSAVANH, ESQ.
                                Attorney for Plaintiff

Dated: December 19, 2012        BENJAMIN B. WAGNER
                                United States Attorney

                                By: /s/Patrick William Snyder
                                (as authorized via e-mail)
                                PATRICK WILLIAM SNYDER
                                Special Assistant United States Attorney

IT IS SO ORDERED.

Dated:   **January 2, 2013**              **/s/ Dennis L. Beck**
                                UNITED STATES MAGISTRATE JUDGE