1  Sengthiene Bosavanh, Esq. #249801
   Milam Law
2  948 11th Street, Suite 17
   (209) 576-0817
3    Attorney for Plaintiff

4

5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF CALIFORNIA

7                          FRESNO DIVISION

8

9  Sylvia Saldivar,                    )    CASE NO. 1:11-cv-02107-LJO-DLB
          Plaintiff,                    )
10                                      )
          v.                            )
11                                      )    STIPULATION AND PROPOSED ORDER
   Commissioner of Social Security      )    FOR EXTENSION OF TIME TO SUBMIT
12        Defendant.                    )    PLAINTIFF'S REPLY BRIEF

13        IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a

14  6-day extension of time to file a reply brief. This extension is requested due to Plaintiff's

15  attorney's workload demands.  The current due date for Plaintiff's Reply Brief is December

16  20, 2012. The new due date will be December 26, 2012.  The scheduling order should be

17  modified accordingly.

18  Dated:  December 19, 2012          /s/ Sengthiene Bosavanh

19                                      SENGTHIENE BOSAVANH, ESQ.
                                        Attorney for Plaintiff
20
    Dated: December 19, 2012           BENJAMIN B. WAGNER
21                                      United States Attorney

22
                                        By: /s/Patrick William Snyder
23                                      (as authorized via e-mail)
                                        PATRICK WILLIAM SNYDER
24                                      Special Assistant United States Attorney

25

26      IT IS SO ORDERED.

27      Dated:   __January 2, 2013__      _____/s/ Dennis L. Beck_____
                                          UNITED STATES MAGISTRATE JUDGE
28