Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
(209) 576-0817
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SYLVIA SALDIVAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | CASE NO. 1:11-cv-02107-LJO-SAB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME NUNC PRO TUNC |

Plaintiff's motion for an extension of time to file a reply brief is HEREBY GRANTED nunc pro tunc.

IT IS SO ORDERED.

Dated:　**January 8, 2013**　　　　　　　/s/ **Stanley A. Boone**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE